IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Saviano, Richard Joseph<br>Saviano, Kathleen Anne<br>Printed: 5/20/08 | Case Number: 04 B 39286<br>Judge: Hollis, Pamela S<br>Filed: 10/21/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: April 25, 2008
Confirmed: December 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 83,265.08 |  |
| Secured: |  | 56,616.78 |
| Unsecured: |  | 16,221.51 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 4,114.36 |
| Other Funds: |  | 3,612.43 |
| Totals: | 83,265.08 | 83,265.08 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Bank Of America | Secured | 52,316.07 | 52,316.07 |
| 3. | Bank Of America | Secured | 4,300.71 | 4,300.71 |
| 4. | First Consumers National Bank | Unsecured | 674.89 | 674.89 |
| 5. | ECast Settlement Corp | Unsecured | 461.71 | 461.71 |
| 6. | Seventh Avenue | Unsecured | 150.87 | 150.87 |
| 7. | Discover Financial Services | Unsecured | 3,153.83 | 3,153.83 |
| 8. | Resurgent Capital Services | Unsecured | 3,824.48 | 3,824.48 |
| 9. | Ginny's | Unsecured | 238.52 | 238.52 |
| 10. | Fingerhut Credit Advantage | Unsecured | 1,287.55 | 1,287.55 |
| 11. | World Financial Network Nat'l | Unsecured | 159.51 | 159.51 |
| 12. | Figi's Inc. | Unsecured | 61.21 | 61.21 |
| 13. | ECast Settlement Corp | Unsecured | 2,164.23 | 2,164.23 |
| 14. | Premier Bankcard | Unsecured | 367.25 | 367.25 |
| 15. | ECast Settlement Corp | Unsecured | 370.38 | 370.38 |
| 16. | Monroe & Main | Unsecured | 242.26 | 242.26 |
| 17. | ECast Settlement Corp | Unsecured | 2,882.73 | 2,882.73 |
| 18. | Aspire Visa | Unsecured | 182.09 | 182.09 |
| 19. | Crossing Pointe | Unsecured |  | No Claim Filed |
| 20. | Kmart Corp | Unsecured |  | No Claim Filed |
| 21. | FCNB LaSalle | Unsecured |  | No Claim Filed |
| 22. | Elmhurst Memorial Hospital | Unsecured |  | No Claim Filed |
| 23. | Home Depot | Unsecured |  | No Claim Filed |
| 24. | Mason Direct | Unsecured |  | No Claim Filed |
| 25. | Universal Fidelity Corp | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Saviano, Richard Joseph | Case Number: 04 B 39286 |
|---|---|---|
|  | Saviano, Kathleen Anne | Judge: Hollis, Pamela S |
|  | Printed: 5/20/08 | Filed: 10/21/04 |

$ 75,538.29        $ 75,538.29

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 580.35 |
| 4% | 221.70 |
| 3% | 180.13 |
| 5.5% | 987.99 |
| 5% | 300.19 |
| 4.8% | 576.88 |
| 5.4% | 1,267.12 |
|  | $ 4,114.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____